IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GEORGE W. DEVEREAUX                                                  PETITIONER

VS.                                        CIVIL ACTION NO. 2:11CV00078-GHD-JMV

STATE OF MISSISSIPPI, ET AL.                                 RESPONDENTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated January 12, 2012, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated January 12, 2012, is hereby approved and adopted as the opinion of the Court.

2. That the Petition is dismissed without prejudice as premature.

THIS, the 6 day of February, 2012.

_____
**SENIOR JUDGE**